IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MCKENNA ALBOREO, et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>DUBAI EXPRESS HAULL, LLC, et al.,<br><br>                Defendants. | C/A No.1:23-CV-00964-JB-KK<br><br>**STIPULATION OF DISMISSAL<br>OF CERTAIN DEFENDANTS**<br>**[Fed.R.Civ.P. 41(a)(1)(A)(ii)]** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff, Steven Chasar, Intervenor Plaintiff Pennsylvania Manufacturers' Association Insurance Company, Defendants Dubai Express Haul, LLC, Abdifatah Mahamed Ismail, Bedrock Logistics, LLC, XPO Logistics, LLC, Jacobsen Logistics Company, Jacobsen Transportation Company, Inc., Trident Leasing, Inc., Abdihamid Abdule and their related business entities, employees and contractors that this action is hereby dismissed, with prejudice, ONLY as to the following defendants:

**XPO Logistics, LLC; RXO Capacity Solutions, LLC (incorrectly sued as XPO Logistics, LLC); Bedrock Logistics, LLC; Jacobsen Logistics Company; Jacobsen Transportation Company, Inc.; and Abdihamid Abdule.**

      **Note**: Abdihamid Abdule is dismissed **only** as a defendant in the Chaser Complaint and **not** in his capacity as a Defendant in Intervention in the declaratory judgment action brought by Plaintiff in Intervention Pennsylvania Manufactures Association Insurance Company.

The parties stipulate that each side is to bear their own costs and attorneys' fees.

4914462v1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 11, 2025 | */s/ Timothy A. Loranger*<br>Timothy A. Loranger, Bar No. 23-251<br>tloranger@wisnerbaum.com<br>Crawford Appleby, Bar No. 23-253<br>cappleby@wisnerbaum.com<br>WISNER BAUM LLP<br>11111 Santa Monica Blvd. Ste. 1750<br>Los Angeles, CA 90025<br>Telephone: (310) 207-3233<br>Attorneys for Plaintiff, Steven Chasar |
| Dated: August 11, 2025 | /s/ Steven J. Gross<br>Steven J. Gross<br>The Cavanagh Law Firm<br>1850 N. Central Avenue<br>Suite 1900<br>Phoenix, AZ 85004<br>602-322-4053<br>sgross@cavanaghlaw.com<br>Attorneys for Intervenor Plaintiff,<br>Pennsylvania Manufacturers' Association Insurance Company |
| Dated: August 11, 2025 | /s/ Brian J. Fisher<br>Brian J. Fisher<br>Mayer LLP<br>4101 Indian School Road NE<br>Suite 301n<br>Albuquerque, NM 87110<br>505-483-1840<br>bfisher@mayerllp.com<br>-and-<br>John S. Stiff<br>John S. Stiff & Associates, LLC<br>500 Marquette Ave., NW, Suite 1400<br>Albuquerque, NM 87102<br>505-243-5755<br>jstiff@stifflaw.com<br>Attorneys for Defendants,<br>Dubai Express Haul, LLC,<br>Abdifatah Mahamed Ismail |

Dated: August 11, 2025

/s/ Mark D. Blosser
Mark D Blosser
Rodey, Dickason, Sloan, Akin & Robb, P.A.
PO Box 1888
Albuquerque, NM 87103
505-768-7255
mblosser@rodey.com
Attorneys for Defendants,
XPO Logistics, LLC,
Jacobsen Logistics Company,
Jacobsen Transportation Company, Inc.

Dated: August 11, 2025

/s/ Fernando Castillo Palomares
Fernando Castillo Palomares
Jones, Skelton & Hochuli, P.L.C.
8220 San Pedro Dr. NE
Ste 420
Albuquerque, NM 87113
505-339-3500
fpalomares@jshfirm.com
Attorneys for Defendant,
Bedrock Logistics, LLC

Dated: August 11, 2025

/s/ Denise Suzanne Soto Hall
Denise Suzanne Soto Hall
Ray Lego and Associates
New Mexico
Ray Lego and Associates
Staff Counsel for Travelers Insurance
P.O. Box 64093
St. Paul, MN 55164
505-889-5206
dsotohal@travelers.com
Attorneys for Defendant,
Trident Leasing, Inc.

4914462v1

|  |  |
|---|---|
| Dated: August 11, 2025 | /s/ Richard M. Padilla<br>Richard M Padilla<br>Penelope M. Quintero<br>O'Brien & Padilla<br>6000 Indian School Road, N.E.<br>Suite 200<br>Albuquerque, NM 87110<br>505-883-8181<br>rpadilla@obrienlawoffice.com<br>pquintero@obrienlawoffice.com<br>Attorneys for Defendant,<br>Abdihamid Abdule |

4914462v1

## CERTIFICATE OF SERVICE

The foregoing document was filed on August 11, 2025, using the court's CM/ECF electronic system which will electronically serve a copy to all counsel of record.

By:   /s/ *Timothy A. Loranger*
Timothy A. Loranger, Esq.

4914462v1